# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| GREGORY WAYNE MYLES | CIVIL ACTION NO. 18-1470-P |
| VERSUS | JUDGE DOUGHTY |
| JAMES E. STEWART, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against District Attorney James E. Stewart, Jr., Assistant District Attorney William C. Gaskins, the Caddo Parish District Attorney's Office, Judge Emanuel, the First Judicial District Court, Clerk of Court Mike Spence, and Assistants Mallory A. Richard and Dannie Dougharty be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that this action—insofar as it seeks the dismissal of the criminal conviction and sentence and his immediate release—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 20th day of December, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**